


EXHIBIT
one

# Man arrested on rape charges

Brandi Cummings

Published: June 25, 2015, 7:35 am



HAMPTON, Va. (WAVY) — Hampton police have arrested a man accused of rape.

According to a warrant, 35-year-old Jason Dangerfield raped a woman inside of her car.

It happened back in May while the car was parked on Jefferson Avenue in Newport News.

The victim was taken to a local hospital. No further information has been released.

edium=bytaboola&taboola_utm_content=ab_thumbnails-a_3x2:Below Article Thumbnails:)
edium=bytaboola&taboola_utm_content=ab_thumbnails-a_3x2:Below Article Thumbnails:)
You May Like

(http://www3.forbes.com/autos/15-new-cars-to-avoid/?utm_campaign=cars-to-avoid&utm_source=taboola&utm_medium=referral&utm_content=mediageneral-wavy)

**15 New Cars To Avoid At All Costs**
FORBES

(http://www3.forbes.com/autos/15-new-cars-to-avoid/?utm_campaign=cars-to-avoid&utm_source=taboola&utm_medium=referral&utm_content=mediageneral-wavy)
(http://moneywise411.com/the-1-2-million-asset-you-may-not-know-you-have2/?ppc=373075&utm_source=taboola&utm_medium=referral)

**Social Security: The $1.2 Million "Asset" You May Not Know You Have**
Bonner & Partners

(http://moneywise411.com/the-1-2-million-asset-you-may-not-know-you-have2/?ppc=373075&utm_source=taboola&utm_medium=referral)
(http://buzzlamp.com/glimpse-amazing-past-historic-photos/?utm_source=taboola&utm_medium=referral&utm_campaign=historical)

**These Rarely Seen Historical Photos are Pretty Unnerving**
Buzzlamp

(http://buzzlamp.com/glimpse-amazing-past-historic-photos/?utm_source=taboola&utm_medium=referral&utm_campaign=historical)
(http://www.rantpets.com/2015/06/03/15-strangest-hybrid-animal-breeds-you-didnt-know-existed/?utm_medium=referral&utm_source=Taboola&utm_term=Title3&utm_content=mediageneral-wavy)

**15 Strange Animal Hybrids You Never Would've Thought Of**
Rant Pets

(http://www.rantpets.com/2015/06/03/15-strangest-hybrid-animal-breeds-you-didnt-know-existed/?utm_medium=referral&utm_source=Taboola&utm_term=Title3&utm_content=mediageneral-wavy)